IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02426-REB-MEH

CHEVRON CORPORATION,

    Plaintiff,

v.

MARIA AGUINDA SALAZAR,

    Defendant.

DOUGLAS BELTMAN,

    Movant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2011.**

    In light of the filing of the Amended Motion for Protective Order filed by Non-Party Douglas Beltman [docket #4], the initial Motion for Protective Order filed by Non-Party Douglas Beltman [filed September 14, 2011; docket #1] is **denied as moot**.