# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 11-cv-02426-REB-MEH

CHEVRON CORPORATION,

    Plaintiff,

v.

MARIA AGUINDA SALAZAR,

    Defendant.

DOUGLAS BELTMAN,

    Movant.

## ORDER FOR STATUS REPORT

**Blackburn, J.**

This matter is before the court *sua sponte*. The movant, Douglas Beltman, initiated this action by filing his motion for protective order [#1] seeking to quash a deposition subpoena related to a case pending in the United States District Court for the Southern District of New York (the underlying case). On September 20, 2011, Mr. Beltman notified this court that discovery in the underlying action had been stayed by the United States Court of Appeals for the Second Circuit. On September 30, 2011, the magistrate judge entered an order [#16] denying the motion for protective order without prejudice, with leave to re-file based on any action taken in the underlying case. No further action has been taken in this case by any party.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That by May 7, 2014, the movant, Douglas Beltman, **SHALL FILE** a status

report describing the present status of this case, including a statement concerning whether or not he again may seek a protective order from this court in this case;

    2. That in his status report, the movant **SHALL STATE** whether or not he opposes the dismissal of this case under FED. R. CIV. P. 41 or administrative closure of this case under D.C.COLO.LCIVR 41.2.

    Dated April 23, 2014, at Denver, Colorado.

                                       **BY THE COURT:**

*[Signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge