**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02426-REB-MEH

CHEVRON CORPORATION,

    Plaintiff,

v.

MARIA AGUINDA SALAZAR,

    Defendant.

DOUGLAS BELTMAN,

    Movant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before the court on the **Status Report of Douglas Beltman, Appearing *Pro Se*, per Court Order of 4/23/14** [#20][1] filed April 30, 2014. Based on the information provided by the movant, Douglas Beltman, I enter this order of dismissal.

This case was initiated when Mr. Beltman filed his **Non-Party Beltman's Motion for Protective Order** [#1] on September 14, 2011. Mr. Beltman sought an order quashing a deposition subpoena which had been served on him in the underlying lawsuit. On September 30, 2011, the court entered an order [#16] denying without prejudice the motion for protective order because the underlying lawsuit had been

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

stayed.  This case then was inactive for more than two years.

In the status report [#20], Mr. Beltman states that the claims against him in the underlying lawsuit have been dismissed with prejudice.  Further, he states that the "deposition subpoena in the underlying New York case is now moot, and I will not again be seeking a protective order to quash it."  *Status report* [#20], ¶ 4.  Mr. Beltman represents that he is not opposed to the dismissal of this case.  *Id.*

**THEREFORE, IT IS ORDERED** as follows:

1.  That under FED. R. CIV. P. 41(a)(2), this case is **DISMISSED** with prejudice;

2.  That the parties shall bear their own fees and costs.

Dated May 1, 2014, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge